FILED
CLERK U S DISTRICT COURT

28 FEB 00 PM 1:33

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

BY:_____
DEPUTY CLERK

| | |
|---|---|
| SADLIER,<br><br>    Plaintiff,<br><br>vs.<br><br>WARDEN UTAH STATE PRISON, et al.,<br><br>    Defendants. | ORDER OF REFERENCE<br><br><br><br>Civil No. 2:00CV144K |

IT IS ORDERED that, as authorized by 28 U.S.C. § 636(b)(1)(B) and the rules of this Court, the above entitled case is referred to the magistrate judge. The magistrate judge is directed to manage the case, receive all motions, hear oral arguments, conduct evidentiary hearings as deemed appropriate, and to submit to the undersigned judge a report and recommendation for the proper resolution of dispositive matters presented.

DATED this 28th day of February, 2000.

BY THE COURT:

DALE A. KIMBALL
United States District Judge

3

hom

United States District Court
for the
District of Utah
February 29, 2000


* * CERTIFICATE OF SERVICE OF CLERK * *


Re:  2:00-cv-00144


True and correct copies of the attached were either mailed or faxed by the
clerk to the following:


Darren W. Sadlier
UTAH STATE PRISON
PO BOX 250
DRAPER, UT  84020

Civil Litigation, Esq.
CIVIL APPEALS
160 E 300 S SIXTH FLOOR
PO BOX 140856
SALT LAKE CITY, UT  84114-0856