cc: Judge

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

FILED
CLERK DISTRICT COURT
11 APR 00 PM 3: 31

| | | |
|---|---|---|
| DARREN W. SADLIER, | ) | APR 11 2000 DISTRICT OF UTAH |
| | ) | |
| Petitioner, | ) | Case No. 00-CV-144-K |
| | ) | BY: DEPUTY CLERK |
| v. | ) | |
| | ) | |
| HANK GALETKA, | ) | REPORT AND RECOMMENDATION |
| | ) | |
| Respondent. | ) | |

Petitioner Darren W. Sadlier has filed a petition for habeas
corpus under 28 U.S.C. § 2254.  Petitioner makes several claims
in connection with his arrest on February 2, 2000, and his
subsequent transfer to Utah from Colorado.

The petition makes clear that the petitioner has not
exhausted his state remedies in Utah Courts in connection with
this conviction.  The case has been referred to the Magistrate
Judge under 28 U.S.C. § 636(b)(1)(B) and has been considered for
disposition under Rule 4 Rules Governing Section 2254 Cases.
This report and recommendation is submitted pursuant to the
reference.

Before a petitioner may seek review of a state conviction in
a federal court, he must first exhaust all available state
remedies.  28 U.S.C. § 2254 (b) & (c); Picard v. Conner, 404 U.S.
270 (1971).  Petitioner has not exhausted his state remedies by
first presenting the issues on which he seeks relief in this
court to the highest court of the state which is required for

ORIGINAL

exhaustion to occur.  <u>Dalin v. Cook</u>, 957 F.2d 758 (10th Cir. 1991).

Therefore, **IT IS HEREBY RECOMMENDED** that the petition for habeas corpus should be **denied.**  A copy of the foregoing Report and Recommendation is being mailed to the plaintiff who is hereby notified of his right to object to the same.  The plaintiff is further notified that he must file any objections to the Report and Recommendation, with the clerk of the district court, pursuant to 28 U.S.C. § 636(b), within ten (10) days after receiving it.  Failure to file objections may constitute a waiver of those objections on subsequent appellate review.

DATED this ___7<u>th</u>___ day of April, 2000.

BY THE COURT:

Samuel Alba
United States Magistrate Judge

2

CERTIFICATE OF MAILING


I hereby certify that I have mailed a copy of the foregoing
Report and Recommendation to the following:

Darren W. Sadlier
#24689
Utah State Prison
P.O. Box 250
Draper, UT  84020


DATED this _11th_day of April, 2000.


Secretary

3

hom

United States District Court
for the
District of Utah
April 12, 2000

\* \* CERTIFICATE OF SERVICE OF CLERK \* \*

Re:   2:00-cv-00144

True and correct copies of the attached were either mailed or faxed by the
clerk to the following:

Civil Litigation, Esq.
CIVIL APPEALS
160 E 300 S SIXTH FLOOR
PO BOX 140856
SALT LAKE CITY, UT   84114-0856